ACCEPTED
01-15-00362-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/2/2015 2:03:51 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-11-000618
5/7/2015 1:09:21 PM
CHRISTOPHER PRINE
CLERK

## Cause No. D-1-GN-11-000618

| | |
|---|---|
| **Jeff Lewis,**<br>*Plaintiff,*<br><br>**vs.**<br><br>**AURORA LOAN SERVICES and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,**<br>*Defendants.* | In the District Court<br><br>FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>5/7/2015 1:09:21 PM<br>201st Judicial District<br>CHRISTOPHER A. PRINE<br>Clerk<br><br>Travis County, Texas |

### Plaintiff's Notice of Appeal

The Plaintiff hereby files the Notice of Appeal on Cause No. D-1-GN-11-000618; Jeff Lewis, vs. Aurora Loan Services and Mortgage Electronic Registration Systems.

The Plaintiffs wish to appeal the Order Granting Defendants' Motion for Summary Judgment on all Issues dated December 16, 2014. The judgment is from the District Court of Travis County, Texas. The appeal is to the Third Court of Appeals.

Respectfully submitted,
CASEY LAW OFFICE, P.C.

_____
Stephen Casey
Texas Bar No. 24065015
Casey Law Office, P.C.
595 Round Rock West Drive, Suite 102
Round Rock, Texas 78681
Telephone: 512-257-1324
Fax: 512-853-4098

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent by fax on March 2, 2015, to the following parties or attorneys of record:

SETTLEPOU
J. Garth Fennegan
State Bar No. 24004642
*gfennegan@settlepou.com*
Daniel T. Tobin
State Bar No. 24046978
*dtobin@settlepou.com*
Jared T. S. Pace
State Bar No. 24079098
*jpace@settlepou.com*
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219-5115
Phone: (214) 520-3300
Fax: (214) 526-4145

*Attorneys for Defendants*

*AURORA LOAN SERVICES, LLC AND MERS*

CASEY LAW OFFICE, P.C.

_____
Stephen Casey
Texas Bar No. 2406501